# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **PREMIER GOLF MISSOURI, INC.** | ) | Case No. 09-44526-ABF |
| | ) | |
| **Debtor.** | ) | Chapter 11 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that Mark A. Shaiken of Stinson Morrison Hecker LLP hereby enters his appearance in the above-styled cases on behalf of Bank Midwest, N.A., and requests that all notices and pleadings given or required to be served in these proceedings be served upon the undersigned at the office, postal addresses, and telephone and telecopy numbers listed below.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes notices and pleadings referred to in the Federal Rules of Bankruptcy Procedure and any applicable local rules, and additionally includes, without limitation and where applicable, any application, complaint, demand, notice of hearing, motion, objection, plan, disclosure statement, pleading, or request, formal or informal, whether transmitted or conveyed by mail, email, telecopy or otherwise.

PLEASE TAKE FURTHER NOTICE that this entry of appearance and request for notices is subject to, not a waiver of, and the undersigned hereby reserves:

1. Any lack of venue or jurisdiction by this Court over this case or any adversary action, contested matter, or other proceeding ("Matter") in this case;

2. Any right to a jury trial in any Matter;

3. Any right to de novo review of any non-core Matter;

4. Any right to withdrawal of the reference of this case or any Matter; and

    5.    Any other rights, claims, actions, defenses and setoff or recoupment.

Respectfully submitted,
STINSON MORRISON HECKER LLP

By: */s/ Mark A. Shaiken*
Mark A. Shaiken MO #42113
1201 Walnut, Suite 2900
Kansas City, MO 64106-2150
Telephone: (816) 842-8600
Facsimile: (816) 691-3495
mshaiken@stinson.com
ATTORNEYS FOR BANK MIDWEST, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2009, a true and correct copy of the foregoing Entry of Appearance and Request for Notices was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

*/s/ Mark A. Shaiken*
Mark A. Shaiken MO #42113
An attorney Bank Midwest, N.A.

2

DB04/502664.0052/1886325.1 PF06