IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: | ) |
| | ) |
| PREMIER GOLF MISSOURI, LLC., | ) Case No. 09-44526 |
| | ) |
| | ) |
| Debtor(s). | ) |

ORDER APPROVING SALE OF REAL ESTATE

The Debtor's Motion to Approve the Sale of Property (Doc. #88), is GRANTED.  Pursuant to the approved Bidding Procedures attached as Exhibit A to the Motion, the Successful Bidder is Larry Shandy.  The Backup Bidder is 38 Amen Corner, LLC.

IT IS SO ORDERED.

/s/ Arthur B. Federman
Bankruptcy Judge

Date: 12/8/2009

Attorney for debtor to serve parties not receiving electronic notice