### IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF MISSOURI – KANSAS CITY

|  |  |  |
|---|---|---|
| **IN RE: PREMIER GOLF MISSOURI, LLC** | ) ) ) ) | **Case No. 09-44526-11** **Chapter 11** |

### SUPPLEMENTAL SALE ORDER

On December 22, 2009, the Court conducted a hearing to consider requested amendments to its order entered at Doc. 106 (the "Sale Order"), approving the sale of certain real estate more particularly described on Ex. A hereto (the Real Estate"). After hearing argument of counsel, the Court supplements its Sale Order as follows:

1. At the closing of the sale of the Real Estate to be conducted today (the "Closing"), from the gross sale proceeds, the title company (the "Title Company") is directed and authorized to pay the real estate taxes owing and pro rated for 2009 with respect to the Real Estate (and no other land) which the parties have estimated is approximately $22,000 (the "Real Estate Taxes").

2. All net sale proceeds from the sale of the Real Estate after payment of the Real Estate Taxes and customary closing costs shall be wired by the Title Company to Bank Midwest, N.A. (the "Bank") pursuant to wire transfer instructions previously provided by the Bank to Debtor's counsel (the "Net Proceeds"). Delivery of the Net Proceeds shall be without prejudice to the Debtor to object to the Bank's claim in this case.

3. As requested by the Title Company, this Order shall serve as the authority for the Title Company to record a release of the Bank's deed of trust encumbering the Real Estate, recorded as Instrument Number 200702549, at book 5737, page 125 in the Clay County, Missouri Recorder of Deeds when the Title Company has good funds necessary to pay the Bank the Net Proceeds in conformity with this Order.

4. This Order shall serve as further confirmation that the sale approved in the Sale Order is free and clear of all liens and encumbrances, including judgment liens and that such liens attach to the proceeds of the sale pursuant to § 363 of the Bankruptcy Code. Without limiting the generality of the foregoing, the sale shall be free and clear of any alleged judgment lien arising out of the following lawsuit: 08CY-CV12877 filed December 31, 2008 in Clay County Missouri Circuit Court, <u>Vincent Michael Bono, Plaintiff, vs. Premier Golf Missouri, LLC, d/b/a Staley Farms Golf Club, Defendant</u>.

5. The deadline for Closing is hereby extended until January 4, 2010 without penalty or forfeiture and the back-up bid closing date until January 14, 2010.

6. Pursuant to Fed. R. Bankr. P. 6004(h), the Court hereby directs and orders that this Order shall be final upon its entry and specifically is not stayed for any period of time.

/s/Arthur Federman  
UNITED STATES BANKRUPTCY JUDGE

Dated: 12/22/2009

SUBMITTED:

STINSON MORRISON HECKER LLP

By: /s/ Mark Shaiken
Mark A. Shaiken MO # 42113
1201 Walnut, Suite 2900
Kansas City, MO 64106
Telephone: (816) 842-8600
Facsimile: (816) 691-3495
mshaiken@stinson.com

ATTORNEYS FOR BANK MIDWEST, N.A.

2

**EXHIBIT A**

A tract of land in the Southwest Quarter of Section 30 and in the Northwest Quarter and Northeast Quarter of Section 31, all in Township 52, Range 32, Kansas City, Clay County, Missouri, being bounded and described as follows: Commencing at the Southeast corner of said Southwest Quarter; thence North 89 degrees 37 minutes 25 seconds West along the South line of said Southwest Quarter, 647.71 feetto a point on the Southerly line of STALEY GOLF COURSE THIRD PLAT, a subdivision in Kansas City, Clay County, Missouri, said point being the True Point of Beginning of the tract to be herein described; thence North 63 degrees 33 minutes 33 seconds West along said Southerly line, 377.93 feet; thence South 77 degrees 46 minutes 33 seconds West along said Southerly line, 169.96 feet; thence South 86 degrees 56 minutes 33 seconds West along said Southerly line, 90.37 feet; thence South 15 degrees 16 minutes 17 seconds East, 406.59 feet; thence North 77 degrees 13 minutes 17 seconds East, 121.61 feet; thence South 84 degrees 03 minutes 05 seconds East, 100.14 feet; thence South 67 degrees 56 minutes 02 seconds East, 91.05 feet; thence South 53 degrees 32 minutes 53 seconds East, 79.73 feet; thence South 41 degrees 11 minutes 15 seconds East, 81.17 feet; thence South 26 degrees 19 minutes 23 seconds East, 258.82 feet; thence South 67 degrees 32 minutes 25 seconds West, 135.42 feet; thence South 15 degrees 20 minutes 49 seconds East,
153.59 feet; thence South 82 degrees 07 minutes 00 seconds West, 206.87 feet; thence South 05 degrees 18 minutes 09 seconds East, 383.22 feet to a point on the Northerly line of said STALEY GOLF COURSE -THIRD PLAT; thence Easterly, Northerly and Westerly along said line the following courses: thence North 57 degrees 09 minutes 20 seconds East, 153.27 feet; thence North 75 degrees 04 minutes 44 seconds East. 419.46 feet; thence South 83 degrees 07 minutes 47 seconds East. 564.67 feet; thence North 63 degrees 36 minutes 25 seconds East. 165.74 feet; thence North 75 degrees 47 minutes 16 seconds East. 266.31 feet; thence North 73 degrees 24 minutes 33 seconds East. 504.51 feet; thence North 00 degrees 29 minutes 35 seconds East, 329.32 feet; thence South 83 degrees 16 minutes 44 seconds West. 118.24 feet; thence North 85 degrees 25 minutes 14 seconds West, 89.43 feet; thence North 59 degrees 09 minutes 11 seconds West. 320.54 feet; thence North 62 degrees 06 minutes 13 seconds West,
378.52 feet; thence South 86 degrees 11 minutes 50 seconds West. 541.42 feet; thence North 73 degrees 13 minutes 29 seconds West, 70.63 feet; thence North 63 degrees 33 minutes 33 seconds West, 398.49 feet to the True Point of Beginning.

DB04/502664.0046/2233783.1 PF08